**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL HOLLEY, | : | No. 82 EM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 23rd day of August, 2017, the Application for Leave to File Original Process and the Motion for Writ of Mandamus are DISMISSED. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permitted). The Prothonotary is DIRECTED to forward the filings to counsel of record.